```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tarrek Arnold,

                Petitioner,

    -against-

Superintendent,

                Respondent.

1:21-cv-10423 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than June 28, 2022, Petitioner shall file any reply in support of his Petition.

**SO ORDERED.**

DATED:    New York, New York
               April 29, 2022

_____
STEWART D. AARON
United States Magistrate Judge