UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
TARREK ARNOLD,                                               :
                                            Petitioner,      :
                                                             :      21 Civ. 10423 (LGS)
                  -against-                                  :
                                                             :      **ORDER**
SUPERINTENDENT OF UPSTATE                                    :
CORRECTIONAL FACILITY,                                       :
                                            Respondent.      :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, on December 7, 2021, Petitioner filed a pro se petition for habeas relief pursuant to 28 U.S.C. § 2254 (the "Petition");

  WHEREAS, by Order dated January 4, 2022, this matter was referred to Magistrate Judge Stewart D. Aaron for Habeas Corpus;

  WHEREAS, on September 24, 2022, Judge Aaron issued a Report and Recommendation (the "Report"), recommending that the Petition be denied in its entirety;

  WHEREAS, as stated in Judge Aaron's Report, the deadline for any objections was fourteen days from service of the Report;

  WHEREAS, on October 11, 2023, Petitioner filed a letter motion seeking an extension of the deadline for objections to the Report until November 10, 2022, which was granted;

  WHEREAS, no timely objection was filed;

  WHEREAS, in reviewing a Magistrate Judge's report and recommendation, a District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note to 1983

amendment; *accord Anderson v. Comm'r of Soc. Sec.*, No. 20 Civ. 6462, 2022 WL 925070, at *1 (S.D.N.Y. Mar. 29, 2022);

WHEREAS, the Court finds no clear error on the face of the record.  It is hereby

**ORDERED** that the Report is ADOPTED and the Petition is DENIED.  The Clerk of Court is respectfully directed to close the case and mail a copy of this Order to Pro se Petitioner.

Dated: February 1, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**