**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TARREK ARNOLD,

                     Petitioner,

    -against-                                    21 **CIVIL** 10423 (LGS)

                                                        **JUDGMENT**

SUPERINTENDENT OF UPSTATE
CORRECTIONAL FACILITY,

                     Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 1, 2023, the Report is ADOPTED and the Petition is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      February 1, 2023

                                                             **RUBY J. KRAJICK**

                                                             _____
                                                                 **Clerk of Court**

                                          **BY:**    *K. Mango*

                                                                 _____
                                                                 **Deputy Clerk**